# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARRISON THOMAS FICKENWORTH,<br><br>Petitioner,<br><br>v.<br><br>CHRISTIAN PFIEFFER,<br><br>Respondent. | 1:20-cv-00123-JDP (HC)<br><br>ORDER TRANSFERRING CASE TO THE SACRAMENTO DIVISION OF THE EASTERN DISTRICT OF CALIFORNIA<br><br>ECF No. 1 |

Petitioner Garrison Thomas Fickenworth, a state prisoner proceeding without counsel, petitioned for a writ of habeas corpus action pursuant to 28 U.S.C. § 2254. ECF No. 1. The petitioner is challenging a conviction from Sacramento County, which is part of the Sacramento Division of the United States District Court for the Eastern District of California. Petitioner is currently incarcerated in Kern County, which is part of the Fresno Division of this court. Under 28 U.S.C. § 2241(d), venue is proper in the judicial district where the petitioner was convicted or the judicial district where petitioner is incarcerated. Therefore, both the Sacramento and Fresno divisions have concurrent jurisdiction. *See* § 2241(d). However, because petitioner is attacking the validity of his Sacramento conviction, we will transfer this case to the Sacramento division for the ease and convenience of the parties and the court. *See id*.

Pursuant to Local Rule 120(f), a civil action which has not been commenced in the

appropriate court may, on the court's own motion, be transferred to the appropriate court.

Therefore, this action will be transferred to the Sacramento Division.

**Order**

    1. This action is transferred to the United States District Court for the Eastern District of California sitting in Sacramento; and

    2. All future filings shall reference the new Sacramento case number assigned and shall be filed at:

        United States District Court
        Eastern District of California
        501 "I" Street, Suite 4-200
        Sacramento, CA 95814

IT IS SO ORDERED.

Dated:   January 25, 2020                                               
                                                         UNITED STATES MAGISTRATE JUDGE

No. 206.