UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARRISON THOMAS FICKENWORTH, | No. 2:20-cv-0199 WBS AC P |
| Petitioner, | |
| v. | ORDER |
| CHRISTIAN PFIEFFER, WARDEN, | |
| Respondent. | |

Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On April 6, 2020, the magistrate judge issued findings and recommendations herein which were served on petitioner and which contained notice to petitioner that any objections to the findings and recommendations were to be filed within fourteen days. ECF No. 10. Petitioner has not filed objections to the findings and recommendations.

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations issued April 6, 2020 (ECF No. 10) are ADOPTED in full;

2. Petitioner's application for writ of habeas corpus is SUMMARILY DISMISSED for failure to state a claim upon which relief may be granted, and

3. The court DECLINES to issue the certificate of appealability referenced in 28 U.S.C. § 2253.

Dated:  April 28, 2020

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

fick0199.800.hc